IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ERIC TANIGUCHI, | ) | CV 06-00646HG-BMK |
| | ) | |
| Plaintiff(s), | ) | |
| vs. | ) | |
| | ) | |
| THE INDIVIDUALS ACTING AS | ) | |
| JUDGE(S) IN THE FIFTH | ) | |
| CIRCUIT COURT; THE | ) | |
| INDIVIDUALS ACTING AS | ) | |
| JUDGE(S) IN THE FIFTH | ) | |
| DISTRICT COURT; and THE | ) | |
| ATTORNEY GENERAL OF THE | ) | |
| STATE OF HAWAII, | ) | |
| | ) | |
| Defendant(s). | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 8, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation, document 11, are adopted as the opinion and order of this

Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 3, 2007.



/S/ Helen Gillmor

Helen Gillmor
Chief United States District Judge

cc:all parties of record